1  Benjamin N. Gluck - State Bar No. 203997
      bgluck@birdmarella.com
2  Ashley D. Bowman - State Bar No. 286099
      abowman@birdmarella.com
3  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
   DROOKS, LINCENBERG & RHOW, P.C.
4  1875 Century Park East, 23rd Floor
   Los Angeles, California 90067-2561
5  Telephone: (310) 201-2100
   Facsimile: (310) 201-2110

Attorneys for Plaintiff Michael Moe

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL MOE, | CASE NO. 2:21-cv-2990 |
| Plaintiff, | **NOTICE OF RELATED CASES** |
| vs. | **[Local Rule 83-1.3.1]** |
| UNITED STATES OF AMERICA; TRACY L. WILKISON (OFFICIAL CAPACITY), KRISTI KOONS JOHNSON (OFFICIAL CAPACITY) | |
| Defendants. | |

3711245.1

**NOTICE OF RELATED CASES**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Michael Moe, hereby provides notice of related cases pursuant to Local Rule 83-1.3.1.

This case is related to three civil case pending in this district: *Doe v. United States of America, et al.*, Case No. 2:21-cv-02803, before United States District Judge Gary R. Klausner, *Poe v. United States of America, et al.*, Case No. 2:21-cv-02899, and *Roe v. United States of America, et al.*, Case No. 2:21-cv-02919.

First, all four cases arise from the same or a closely related transaction, happening, or event. Namely, all four cases involve plaintiffs who leased safety deposit boxes at U.S. Private Vaults ("USPV"), located at 9182 West Olympic Boulevard, Beverly Hills, California 90212, and the Government's unlawful search and seizure of those safe deposit boxes without probable cause or a valid search warrant, in violation of the plaintiffs' Fourth Amendment rights.

Second, all four cases call for determination of the same or substantially related or similar questions of law and fact: (1) whether the Government's search, seizure, inspection and inventorying of the plaintiffs' USPV safe deposit boxes violated and continues to violate their Fourth and Fifth Amendment rights, and (2) if so, what relief is authorized and appropriate.

Third, the same defendants are named in all four cases and the relief sought in each of the cases is essentially the same; therefore, there would be a substantial duplication of labor if the four cases were heard by different judges

DATED: April 6, 2021

Benjamin N. Gluck
Ashley D. Bowman
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: /s/ Benjamin N. Gluck
Benjamin N. Gluck
Attorneys for Plaintiff Michael Moe