**DECLARATION OF SUPERVISORY SPECIAL AGENT JESSIE MURRAY**

I, Supervisory Special Agent Jessie Murray, declare as follows:

1. I am a Supervisory Special Agent with the FBI.

2. On May 20, 2021, the FBI initiated administrative forfeiture proceedings as to particular identified boxes' contents, including about 350 boxes containing currency like Coe's box number 904 plus boxes housing other valuable assets, by sending a written notice to U.S. Private Vaults and other persons the FBI could identify as having a potential interest in particular boxes. The notice advised of the FBI's commencement of the administrative forfeiture proceedings for specific boxes' contents and sets forth how interested persons can submit a petition for remission or claim thereto. The government will also be posting similar notices on the internet at www.forfeiture.gov. Attached hereto as Exhibit A is a true and correct redacted copy of the notice of seizure of property and initiation of administrative forfeiture proceedings sent by the FBI on May 20, 2021 to U.S. Private Vaults, and page 5 of the notice reflects the $914,700 in U.S. currency seized from box number 904. The unredacted version of the notice lists each asset by Asset ID number (such as 21-FBI-003084 for box number 904) and the items seized (such as $914,700 for box number 904).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Los Angeles, California, on May 26, 2021.

*[signature]*
SSA JESSIE MURRAY