UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MOE<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>　　　　Defendant(s). | CASE NO:<br>2:21–cv–02990–RGK–MAR<br><br>ORDER SETTING SCHEDULING CONFERENCE |

　　　　A scheduling conference has been placed on calendar for **August 30, 2021 at 09:00 AM.** The Conference will be held pursuant to F.R.Civ. P. 16(b). <u>Trial counsel</u> must be present and there are no telephonic appearances. Counsel are ordered to file a joint statement providing a brief factual summary of the case, including the claims being asserted. The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than 21 days prior to the scheduling conference, and to file a joint statement with the Court not later than 14 days after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions. Plaintiff's counsel is directed to give notice of the scheduling conference to each party that makes an initial appearance in the action after this date.

DATED: May 31, 2021

　　　　　　　　　　　　　　　　　　　　_Gary Klausner_
　　　　　　　　　　　　　　　　　　　　R. Gary Klausner
　　　　　　　　　　　　　　　　　　　　United States District Judge

–1–