UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 4 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MICHAEL MOE,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>UNITED STATES OF AMERICA; et al.,<br><br>    Defendants-Appellees. | No.   21-56027<br><br>D.C. No. 2:21-cv-02990-RGK-MAR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 9), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT


                                          By: Terri Haugen
                                          Deputy Clerk
                                          Ninth Circuit Rule 27-7

tah/1.3.22/Pro Mo